# IN THE COURT OF APPEALS OF IOWA

No. 23-0968
Filed January 9, 2025


**STATE OF IOWA,**
        Plaintiff-Appellee,

**vs.**

**JUSTIN LAMONT WRIGHT,**
        Defendant-Appellant.
_____

        Appeal from the Iowa District Court for Scott County, Tamara Roberts,

Judge.


        Justin Lamont Wright appeals his conviction for first-degree murder.

**APPEAL DISMISSED.**


        Mark C. Meyer, Iowa City, for appellant.

        Brenna Bird, Attorney General, and Joseph D. Ferrentino, Assistant

Attorney General, for appellee.


        Considered by Schumacher, P.J., and Badding and Chicchelly, JJ.

**CHICCHELLY, Judge.**

Justin Lamont Wright appeals his conviction for first-degree murder. Because we lack authority to hear this appeal, we must dismiss.

The State charged Wright with first-degree murder after he shot his girlfriend. A jury convicted him as charged, and Wright appeals.

Wright attempts to put forth an ineffective-assistance-of-counsel claim thinly disguised as a "structural error" argument. But we are not permitted to decide such claims on direct appeal. *See* Iowa Code § 814.7 (2023) (requiring defendants claiming ineffective assistance to apply for postconviction relief under chapter 822); *State v. Treptow*, 960 N.W.2d 98, 110 (Iowa 2021) (concluding appellate courts have "no authority to decide a claim of ineffective assistance of counsel on direct appeal"). Because we cannot "provide [Wright] with relief," we lack jurisdiction to hear this appeal and must dismiss. *Treptow*, 960 N.W.2d at 110.

**APPEAL DISMISSED.**